UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

DOREEN AGNES BULLEN, a/k/a
DOREEN AGNES BULLEN-ARNOLD

                         Debtor.
-------------------------------------------------------------X

Case No. 18-77719 (REG)

Chapter 7

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

      NMD Realty Holdings, LLC (the "Movant"), by and through their counsel, Macco & Stern, LLP, move this court for an order against Doreen Agnes Bullen (the "Debtor"), the above-referenced debtor: (1) affirming that (a) the automatic stay does not apply to the Movant's efforts to regain possession and control of the real property located at, and known as, 45 Brown Boulevard, Wheatley Heights, New York 11798 a/k/a 45A Brown Boulevard, Wheatley Heights, New York 11798 (the "Real Property"); or, in the alternative, (b) the automatic stay expires on the 30th day after the Petition Date; (2) modifying the automatic stay in order for the Movants to continue three (3) eviction actions pending before the Suffolk County District Court, 2nd District (the "District Court") as follows: (a) *NMD Realty Holdings, LLC v. Doreen Bullen*, assigned index number LT-001470-17/BA (the "Bullen Eviction"); (b) *NMD Realty Holdings, LLC v. Nicole Alexis, Jennifer B. Alexis and Doreen Bullen*, assigned index number LT-001469 (the "Alexis Eviction"); and (c) *NMD Realty Holdings, LLC v. Deborah A. Thomas, Mark Thomas, Stephen Thomas, Maurice J. Thomas, and Doreen Bullen* (the "Thomas Eviction," and together with the Bullen Eviction and Alexis Eviction, the "Eviction Actions"), assigned index number LT-001471-17/BA; and (3) granting Movant *in rem* relief against the Real Property; and the Motion having been served upon the Debtors and the Trustee; and additional service being neither necessary nor required; and no objections to the relief requested in the Motion or this Order being filed nor

received; and the hearing held on the Motion, the transcript of which is incorporated herein by reference; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors and estate; it is hereby

**ORDERED**, that the Motion is granted to the extent set forth below; and it is further

**ORDERED**, that automatic stay is modified in order for the Movant to continue the eviction actions (a) *NMD Realty Holdings, LLC v. Doreen Bullen*, assigned index number LT-001470-17/BA; (b) *NMD Realty Holdings, LLC v. Nicole Alexis, Jennifer B. Alexis and Doreen Bullen*, assigned index number LT-001469; and (c) *NMD Realty Holdings, LLC v. Deborah A. Thomas, Mark Thomas, Stephen Thomas, Maurice J. Thomas, and Doreen Bullen*; and it is further

**ORDERED**, that the fourteen (14) day stay of Rule 4001 of the Federal Rules of Bankruptcy Procedure is waived.



Dated: Central Islip, New York
December 13, 2018

Robert E. Grossman
United States Bankruptcy Judge